IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARBARA D. WALLACE,

        Plaintiff,

Civil No. 04-28-AA

JO ANNE B. BARNHART,
Commissioner of Social Security,

ORDER

        Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7200.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. No costs or expenses are awarded in connection with this matter.

DATED this 15 day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE

Presented by:

PHYLLIS BURKE, OSB #81459    Date 5/9/05
(503) 460-3200
Attorney for Plaintiff Wallace

ORDER